IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

TERRELL JUSTICE,

        Defendant.

:

:   Case No.   3:09cr180(1)

:   JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING A SENTENCE OF TIME SERVED, WITH A THREE-YEAR PERIOD OF SUPERVISED RELEASE TO FOLLOW, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF APPEAL ORALLY EXPLAINED AND DEFENDANT ORALLY INDICATED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTATIVE OBJECTIONS TO THIS COURT'S SENTENCE; TERMINATION ENTRY

---

On January 27, 2021, the Defendant, have previously been found in violation of his Supervised Release, a status that began October 1, 2018, appeared by video conference, having waived a personal appearance in Court, for final disposition.

Pursuant to the record made on the aforesaid January 27, 2021, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with a three year period of Supervised Release to follow. The conditions of said re-imposed period of Supervised Release are that Defendant comply with the Supervision Plan previously agreed upon, that he maintain contact with his Probation Officer and that he discharge all conditions of Supervised Release presently undischarged.

Following the above, the Defendant was orally explained his right of appeal and he orally expressed an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 18, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Malissa Minard, USPO, Columbus Office